JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 18 2006

FILED
CLERK'S OFFICE

**DOCKET NO. RTC-83**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE TRANSPORTATION SECURITY ADMINISTRATION, *FINAL ORDER ON REQUESTS FOR IDENTIFICATION OF SENSITIVE SECURITY INFORMATION IN DOCUMENTS SUBMITTED AS PART OF THE SECOND WAVE OF DISCOVERY IN "IN RE SEPTEMBER 11 LITIGATION," 21 MC 97 (S.D.N.Y.), ISSUED ON MARCH 17, 2006*

*American Airlines, Inc. v. TSA*, DC Circuit, No. 06-1100
*Argenbright Security, Inc. v. TSA*, DC Circuit, No. 06-1101
*Huntleigh USA, Inc. v. TSA*, DC Circuit, No.06-1103
*Boeing Co. v. TSA*, DC Circuit, No. 06-1108
*Globe Aviation Service Corp. v. TSA*, DC Circuit, No. 06-1107
*US Airways, Inc. v. TSA*, DC Circuit, No. 06-1114
*Industrial Risk Insurers v. TSA*, Second Circuit, No. 06-1279
*World Trade Center Properties LLC v. TSA*, Second Circuit, No. 06-1320
*Ugolyn v. TSA*, Second Circuit, No. 06-1339
*Gabrielle v. TSA*, Second Circuit, No. 06-1341
*Greater New York Mutual Insurance Co. v. TSA*, Second Circuit, No. 06-1356
*Insurance Co., of Greater New York v. TSA*, Second Circuit, No. 06-1358
*Vadhan v. TSA*, Second Circuit, No. 06-1368
*Speisman v. TSA*, Second Circuit, No. 06-1516

**CONSOLIDATION ORDER**

The Transportation Security Administration issued an order dated March 17, 2006. On April 18, 2006, the Panel filed, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included 14 petitions for review pending in two circuit courts of appeal as follows: District of Columbia Circuit and Second Circuit.

The Panel has randomly selected the United States Court of Appeals for the Second Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the above-captioned petitions for review are consolidated in the Second Circuit and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

*Teresa Bishop*
Teresa Bishop
Deputy Clerk
Random Selector

*Denise Morgan*
Denise Morgan
Deputy Clerk
Witness